AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| ROSA RIVERA ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4-15-CV-00165-Y |
| ABILITY RECOVERY SERVICES, L.L.C. ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/14/2015__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 12/22/15

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROSA RIVERA | § | |
| | § | |
| VS. | § | ACTION NO. 4:15-CV-165-Y |
| | § | |
| ABILITY RECOVERY SERVICES, L.L.C. | § | |

### FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, Plaintiff shall have and recover from Defendant judgment in the amount of $4,500.00. All costs of Court under 28 U.S.C. § 1920 shall be borne by Defendant.

SIGNED October 14, 2015.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Certified a true copy of an instrument
on file in my office on 12/22/15
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

FINAL JUDGMENT - Page Solo
TRM/chr

```
Court Name: District Court
Division: 3
Receipt Number: 333848823
Cashier ID: gangeli
Transaction Date: 01/05/2016
Payer Name: ROSA RIVERA
------------------------------------
REGISTRATION OF FOREIGN JUDGMT
 For: ROSA RIVERA
 Case/Party: D-PAM-3-16-MC-000006-001
 Amount:         $46.00
------------------------------------
Paper Check Conversion
 Check/Money Order Num: 17328482171
 Amt Tendered:  $46.00
------------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:      $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```